**UNITED STATES MAGISTRATE
COURT JUDGE FRANKLIN D. BURGESS**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTION
AT TACOMA**

| | |
|---|---|
| Re:   Pamela Swanson<br>Aka:  Pamela Norris<br><br>            Plaintiff,<br>       vs.<br><br>Jo Anne B. Barnhart,<br>Commissioner of Social<br>Security,<br>            Defendant. | **CASE NO.  C00-5523FDB**<br><br>**ORDER AWARDING ATTORNEY'S FEE** |

This matter having come on regularly before the court on Plaintiff's counsel's Petition for Attorney's Fee in which counsel requests the amount of $5,952.50, to be off set by previously paid EAJA fees in the amount of $4,716.03, resulting in a net attorney's fee payable to Plaintiffs attorney in the amount of #1,236.47 and the court having reviewed the files herein, now, therefore, Orders, Adjudges, and Decrees as follows:

ORDER AWARDING
ATTORNEY'S FEE - 1

**KENNETH N. GORMLY**
ATTORNEY AT LAW, PLLC
1119 Tacoma Avenue South
Tacoma, WA. 98402
Phone 253-274-0500
Fax 253-272-0446

Kenneth N. Gormly, Plaintiff's attorney, is hereby awarded the sum of $5,952.50 in attorney's fees pursuant to 42 U.S.C. §406(b)(1), payable as follows:

1) $1,236.47 directly to Kenneth N. Gormly, Plaintiffs attorney;

2) $4,716.03 released directly to the plaintiff Pamela Swanson (AKA Pamela Norris).

DATED this 14th day of March 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

_____
Kenneth N. Gormly
WSB #13729
Attorney for Plaintiff
Pamela Swanson
Aka Pamela Norris

ORDER AWARDING
ATTORNEY'S FEE - 2

**KENNETH N. GORMLY**
ATTORNEY AT LAW, PLLC
1119 Tacoma Avenue South
Tacoma, WA. 98402
Phone 253-274-0500
Fax 253-272-0446